[No. 11401-1-I. Division One. April 18, 1983.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY HENSLEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 81-1-02459-5, Robert E. Dixon, J., entered February 2, 1980. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Swanson and Callow, JJ.

[No. 9849-7-I. Division One. April 18, 1983.]

ELLERIE L. MUNDT, *Respondent*, v. DAVID H. OLWELL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 80-2-05015-0, W. R. Cole, J., entered January 23, 1981. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Ringold, J., concurred in by Durham, A.C.J., and Williams, J.

[No. 4913-2-III. Division Three. April 19, 1983.]

DOROTHY ROBERTS, *Appellant*, v. CONNECTICUT GENERAL LIFE INSURANCE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for Benton County, No. 79-2-00698-7, Fred R. Staples, J., entered December 16, 1981. *Reversed* and *remanded* by unpublished opinion per Munson, J., concurred in by Roe, C.J., and McInturff, J.